FILED
CLERK, U.S. DISTRICT COURT
JUN 1 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY MCINTOSH,<br><br>   Petitioner,<br><br>   v.<br><br>LEROY BACA, Sheriff,<br><br>   Respondent. | NO. CV 08-3768 RGK (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: JUN 12 2008, 2008.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE